UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USAA GENERAL INDEMNITY COMPANY (a.s.o. Jeffrey Galvan),<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX NORTH AMERICA, INC. and DOES 1 through 30, et al.,<br><br>Defendants. | No. 2:23–cv–00276–CKD<br><br>ORDER |

This action has been assigned to Magistrate Judge Carolyn Delaney upon the consent of all parties pursuant to 28 U.S.C. § 636(c).  (ECF No. 4.)  A review of the docket indicates that all defendants have answered the complaint, and so this case is ripe for scheduling.  (See ECF No. 1-1 at 24-30.)

**ORDER**

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED that:

1. Within 30 days of this order, the parties shall discuss, in person or by telephone, their obligations to transmit mandatory disclosures to the other parties, as required by Federal Rule of Civil Procedure 26.  During their meeting, the parties shall discuss whether this case should be stayed and referred to mediation in the court's Voluntary Dispute

Resolution Program. The parties should also confer regarding discovery deadlines.

2. Within 14 days thereafter, the parties shall file a joint status report with the court for the entry of a pretrial scheduling order. This report shall address the relevant portions of Local Rule 240(a) including subsections (1), (2), (4), (8), (11), (12), (16), (17), and (18); shall include the parties' statement(s) of the case; and may address any other matters the parties believe are important for scheduling purposes.

3. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. See Local Rule 160.

Dated: March 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, usaa.0276