UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USAA GENERAL INDEMNITY CO.<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX NORTH AMERICA, INC.,<br><br>Defendant. | No. 2:23–cv–00276–CKD<br><br>ORDER |

The parties submitted a joint status report on May 3, 2023. (ECF No. 7.) The parties have agreed to submit this case to the court's Voluntary Dispute Resolution Program ("VDRP"). (See ECF No. 7 at 2.) The parties have agreed to exchange mandatory disclosures within 30 days after filing their joint status report, i.e., by June 2, 2023, and submit this case to the VDRP within thirty days of the exchange of initial disclosures. (Id.)

This matter is therefore referred to VDRP. See Local Rule 271. The parties shall submit this case to the VDRP within thirty days of exchanging initial disclosures.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. To the extent that the parties have not already done so, the parties shall exchange initial disclosures no later than June 2, 2023;

2. Within thirty days of exchanging initial disclosures, parties shall contact the

1

court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP; and

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

Dated: May 16, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21.usaa.0276