UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USAA GENERAL INDEMNITY CO.,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX NORTH AMERICA, INC.,<br><br>Defendant. | No. 2:23-cv-00276-CKD<br><br><br>ORDER |

    The parties filed a Joint Status Report on May 3, 2023, in which they indicated their willingness to participate in the court's Voluntary Dispute Resolution Program (VDRP) following exchange of initial disclosures. (ECF No. 7.) On May 17, 2023, the undersigned referred this case to VDRP. (ECF No. 8.)

    On February 2, 2024, the parties notified the court that the VDRP process had been completed but that the case had not settled. Accordingly, within twenty-one (21) days of this order, the parties shall file an amended Joint Status Report with this court so that the court may enter a pretrial scheduling order. The amended Joint Status Report shall address the relevant portions of Local Rule 240(a). In the amended Joint Status Report, the parties may request a hearing for the purpose of entry of a pretrial scheduling order.

    In accordance with the above, IT IS HEREBY ORDERED as follows:

Within twenty-one days from the date of this order, the parties shall file an amended Joint Status Report addressing the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and their scheduling;

    f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h. Special procedures, if any;

    i. Estimated trial time;

    j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

    k. Whether the case is related to any other cases, including bankruptcy;

    l. Whether a settlement conference should be scheduled;

    m. Any other matters that may add to the just and expeditious disposition of this matter.

Dated: February 29, 2024

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,USAA.0276