ASHLEY E. BAUERLE
CA Bar No. 271119
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 800.782.3366
Facsimile: 619.234.7831

Attorney for Plaintiff
USAA GENERAL INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| USAA GENERAL INDEMNITY COMPANY, | Case No.: 2:23-cv-00276-CKD |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR CONTINUANCE OF DATES IN PRETRIAL SCHEDULING ORDER (ECF NO. 12)** |
| v. | |
| ELECTROLUX NORTH AMERICA, INC. and DOES 1 through 30, | |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff USAA GENERAL INDEMNITY COMPANY ("Plaintiff"), and Defendant ELECTROLUX HOME PRODUCTS, INC., erroneously sued herein as ELECTROLUX NORTH AMERICA, INC. ("Defendant")(hereinafter, collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, agree, and request that this Court modify the Pre-Trial Scheduling Order (ECF No. 12) ("Scheduling Order") to adjust the fact and expert discovery deadlines, and extend all applicable deadlines by approximately six (6) months. Good cause exists as follows:

WHEREAS, on or about December 11, 2023, this Court issued its Scheduling Order (ECF No. 12). Therein, in relevant part, this Court ordered the following be completed:

**January 18, 2025: Completion of Fact Discovery**

**February 15, 2025: Disclosure of Expert Witnesses**

1  **March 15, 2025: Disclosure of Rebuttal Expert Witnesses**

2  **April 5, 2025: Expert Discovery Cutoff**

3  **April 30, 2025: Completion of all law and motion**

WHEREAS, since that time the parties have exchanged written discovery and have completed an additional joint evidence examination. The parties have cooperated together to try to secure the deposition testimony of Plaintiff's insureds who will be critical fact witnesses; however, due to extraordinary circumstances, and despite open cooperation between the parties, they have been unable to schedule that deposition thus far. The parties continue to work together in cooperation in order to secure that testimony. The parties have also begun discussions to schedule a mediation with Judge Richard Gilbert (Ret.); however, both parties agree that securing the deposition of the Plaintiff's insured will be necessary in order to successfully push this matter towards resolution.

WHEREAS, counsel for Plaintiff has also personally been impacted by multiple unforeseen family tragedies in April and October of 2024, necessitating repeated periods of bereavement leave during 2024.

WHEREAS, a six month continuance will enable the Parties to (a) complete written discovery, (b) secure the necessary deposition testimony from Plaintiff's insured and other family members who witnessed the fire, (c) schedule and complete mediation with Judge Gilbert, and (d) if still necessary, prepare this matter for Settlement Conference and trial, both of which have yet to be calendared.

WHEREAS, this is the Parties' first request to modify the Scheduling Order; and no party will be prejudiced by the request adjustment of the Scheduling Order and/or the requested continuance.

THEREFORE, the Parties stipulate and agree, and hereby respectfully request, that this Court modify the Scheduling Order as follows:

**July 18, 2025: Completion of Fact Discovery**

**August 15, 2025: Disclosure of Expert Witnesses**

**September 15, 2025: Disclosure of Rebuttal Expert Witnesses**

**October 6, 2025: Expert Discovery Cutoff**

**October 31, 2025: Completion of all law and motion**

Dated:  January 10, 2025                COZEN O'CONNOR

By: /s/ Ashley E. Bauerle
ASHLEY E. BAUERLE
Attorneys for Plaintiff
USAA GENERAL INDEMNITY COMPANY

Dated:  January 10, 2025                TUCKER ELLIS LLP

By: /s/ Rebecca Biernat
REBECCA M. BIERNAT
Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.
erroneously sued herein as ELECTROLUX
NORTH AMERICA, INC.

## ORDER

Consistent with the parties' stipulation and good cause shown, the April 7, 2024 Pre-Trial Scheduling Order (ECF No. 12) shall be extended as follows:

Completion of Fact Discovery is due by July 18, 2025;

Disclosure of Expert Witnesses is due by August 15, 2025;

Disclosure of Rebuttal Expert Witnesses is due by September 15, 2025;

Expert Discovery Cutoff is October 6, 2025; and

Completion of all law and motion by October 31, 2025.

IT IS SO ORDERED.

Dated:  January 17, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, usaa.0276.23